**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL AYALA and** | ) | |
| **ADRIAN AYALA** | ) | **Case No: 11 CV 6094** |
| **Plaintiff,** | ) | |
| | ) | **Judge** |
| **v.** | ) | |
| | ) | **Magistrate Judge** |
| **UNKNOWN JOHN DOE POLICE** | ) | |
| **OFFICERS, individually,** | ) | **JURY DEMAND** |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT AT LAW

**NOW COMES** the Plaintiffs, MICHAEL AYALA and ADRIAN AYALA,

complaining against the Defendants, UNKNOWN JOHN DOE POLICE OFFICERS,

individually, as follows:

## COUNT I

1. This action is brought pursuant to the laws of the United States

Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of

Illinois, to redress deprivations of the Civil Rights of the Plaintiffs, MICHAEL AYALA

and ADRIAN AYALA, accomplished by acts and/or omissions of the

Defendants, UNKNOWN JOHN DOE POLICE OFFICERS, committed under color of

law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and

supplemental jurisdiction of the State of Illinois.

3. The Plaintiffs, MICHAEL AYALA and ADRIAN AYALA, were at all

relevant times United States citizens and resident of the State of Illinois.

4.      At all relevant times, the Defendants, UNKNOWN JOHN DOE POLICE OFFICERS, were duly appointed Chicago police officers acting within their scope of employment and under color of law.

5.      On or about August 17, 2011, the Plaintiffs, MICHAEL AYALA  and ADRIAN AYALA, were leaving the 7,9,11 Food and Liquor Mart where they work, located at 4848 S. Archer Avenue in Chicago, Illinois.

6.      The Plaintiffs, MICHAEL AYALA  and ADRIAN  AYALA, were not committing a crime or breaking any laws.

7.      The Defendants, UNKNOWN JOHN DOE POLICE OFFICERS, physically stopped them, handcuffed, searched and interrogated them.

8.      The Plaintiffs questioned why were they were being stopped and the manner which they were being treated.

9.      The Plaintiff MICHAEL AYALA told the Defendants UNKNOWN JOHN DOE POLICE OFFICERS, that cameras had filmed everything and it wasn't over.

10.      Defendants, UNKNOWN JOHN DOE POLICE OFFICERS, immediately jumped on the Plaintiffs, handcuffed and beat both brothers, Plaintiffs, MICHAEL AYALA and ADRIAN AYALA.

11.      The Defendants, UNKNOWN JOHN DOE POLICE OFFICERS, use of force was unprovoked.

12.      Said use of force was excessive and unreasonable

13.      The Plaintiffs, MICHAEL AYALA  and ADRIAN AYALA were injured.

14.      At all relevant times, the Defendants, UNKNOWN JOHN DOE POLICE OFFICERS, were acting pursuant to the customs and policies of the Chicago Police Department.

2

15. The actions of the Defendants, UNKNOWN JOHN DOE POLICE OFFICERS, were intentional, willful and with malice.

16. Said actions of the Defendants, UNKNOWN JOHN DOE POLICE OFFICERS, violated the Plaintiffs, MICHAEL AYALA and ADRIAN AYALA, Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

17. As a direct and proximate consequence of said conduct of the Defendants, UNKNOWN JOHN DOE POLICE OFFICERS, the Plaintiffs, MICHAEL AYALA and ADRIAN AYALA, suffered violations of their constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering.

**WHEREFORE**, the Plaintiffs, MICHAEL AYALA and ADRIAN AYALA, pray for judgment in their favor and against the Defendants, UNKNOWN JOHN DOE POLICE OFFICERS, in an amount in excess of Ten Thousand Dollars and 00/100 ($10,000.00) in compensatory damages and five Thousand Dollars and 00/100 ($5,000.00) in punitive damages, plus attorneys' fees and costs.

## COUNT II—FALSE ARREST

1-15. The Plaintiffs, MICHAEL AYALA and ADRIAN AYALA, hereby re-allege and incorporate their allegations of paragraphs 1-15 of Count I as their respective allegations of paragraphs 1-15 of Count II as though fully set forth herein.

16. Thereafter to cover-up their actions the Defendants, UNKNOWN JOHN DOE POLICE OFFICERS, arrested and charged the Plaintiffs, MICHAEL AYALA and ADRIAN AYALA with numerous criminal charges.

17. There were no facts to support probable cause for these charges.

18. These actions of charging and arresting the Plaintiffs, MICHAEL AYALA and ADRIAN AYALA, constitute false arrest.

19. Said actions of the Defendants, UNKNOWN JOHN DOE POLICE OFFICERS, violated the Plaintiffs, MICHAEL AYALA and ADRIAN AYALA, Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

20. As a direct and proximate consequence of said conduct of the Defendants, UNKNOWN JOHN DOE POLICE OFFICERS, the Plaintiffs, MICHAEL AYALA and ADRIAN AYALA, suffered violations of their constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering.

**WHEREFORE**, the Plaintiffs, MICHAEL AYALA and ADRIAN AYALA, pray for judgment in their favor and against the Defendants, UNKNOWN JOHN DOE POLICE OFFICERS, in an amount in excess of Ten Thousand Dollars and 00/100 ($10,000.00) in compensatory damages and Five Thousand Dollars and 00/100 ($50,000.00) in punitive damages, plus attorneys' fees and costs.

## COUNT III—FAILURE TO INTERVENE

1-15. The Plaintiffs, MICHAEL AYALA and ADRIAN AYALA, hereby re-allege and incorporate their allegations of paragraphs 1-15 of Count II as their respective allegations of paragraphs 1-15 of Count III as though fully set forth herein.

16.     Each of the Plaintiffs, MICHAEL AYALA  and ADRIAN AYALA, were being beaten and kicked and the Defendants, UNKNOWN JOHN DOE POLICE OFFICERS, allowed this to occur.

17.     Said actions of the Defendants, UNKNOWN JOHN DOE POLICE OFFICERS, violated the Plaintiffs, MICHAEL AYALA and ADRIAN AYALA, Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

18.     As a direct and proximate consequence of said conduct of the Defendants, UNKNOWN JOHN DOE POLICE OFFICERS, the Plaintiffs, MICHAEL AYALA and ADRIAN AYALA, suffered violations of their constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering.

**WHEREFORE**, the Plaintiffs, MICHAEL AYALA and ADRIAN AYALA, pray for judgment in their favor and against the Defendants, UNKNOWN JOHN DOE POLICE OFFICERS, in an amount in excess of Ten Thousand Dollars and 00/100 ($10,000.00) in compensatory damages and Five Thousand Dollars and 00/100 ($50,000.00) in punitive damages, plus attorneys' fees and costs.

### JURY DEMAND

The Plaintiffs, MICHAEL AYALA and ADRIAN AYALA, hereby requests a trial by jury.

Respectfully submitted,

/s/ Gregory E. Kulis

Gregory E. Kulis and Associates, Ltd.
**Attorneys for the Plaintiffs**
30 N. LaSalle
Suite 2140
Chicago, IL 60602
312-580-1830
Atty. No. 6180966