**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Michael Ayala, et al.

Plaintiff,

v.

Case No.: 1:11−cv−06094
Honorable Ruben Castillo

Sgt. Michael R. Bocardo (Star #857), et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2013:

MINUTE entry before Honorable Ruben Castillo:Settlement conference held in chambers on 2/20/2013. Progress made toward settlement. The parties are encouraged to continue to discuss the resolution of this case over the next two days. Plaintiffs'; counsel should notify the Court on 2/25/2013 if this lawsuit has settled.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.