IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL AYALA and<br>ADRIAN AYALA,<br><br>Plaintiffs,<br><br>v.<br><br>SGT. MICHAEL R. BOCARDO (Star #857),<br>P.O. ANTHONY B. WILSON (Star #5998),<br>P.O. JOHN V. MEDINA (Star 15077),<br>P.O. BENITO ROMERO (Star 15027),<br>P.O. ALBERTO SALAZ (Star 11104),<br>P.O. GILBERT ESCAMILLA (Star 7227),<br>P.O. JESUS VERA (Star 9589),<br>P.O. QUINTERO (Star #5796), CORTEZ<br>(Star #14983), VIRAMONTES (Star #10590), P.O.<br>PEREZ (Star #17181), P.O. MONDRAGON (Star<br>#4364), Individually, and CITY OF CHICAGO,<br><br>Defendants. | ) | No. 11 C 6094<br><br>JUDGE CASTILLO |

**<u>AGREED ORDER OF DISMISSAL WITH LEAVE TO REINSTATE</u>**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Michael Ayala, by his attorney, Gregory E. Kulis and plaintiff, Adrian Ayala, by his attorney, James P. Navarre, and defendants, Michael Bocardo, Anthony Wilson, John Medina, Benito Romero, Alberto Salaz, Gilbert Escamilla, Jesus Vera, Gerardo Quintero, Raul Cortez, Ricardo Viramontes, Juan Perez, and Janet Mondragon, by their attorneys, Tiffany Harris, Senior Counsel, and Thomas Aumann, Assistant Corporation Counsel, and defendant City of Chicago, by its attorney, Stephen Patton, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, orders as follows:

All of the claims of plaintiff, Michael Ayala, by his attorney, Gregory E. Kulis and plaintiff, Adrian Ayala, by his attorney, James P. Navarre, against defendants, City of Chicago, and Michael Bocardo, Anthony Wilson, John Medina, Benito Romero, Alberto Salaz, Gilbert Escamilla, Jesus Vera, Gerardo Quintero, Raul Cortez, Ricardo Viramontes, Juan Perez, and Janet Mondragon, are dismissed with prejudice with leave to reinstate solely in the event that the Chicago City Council rejects the settlement agreement, and with each side bearing its own costs and attorneys' fees.

ENTER:______________________________
The Honorable Ruben Castillo
United States District Judge

DATED:4/22/13

Thomas Aumann
Assistant Corporation Counsel
30 N. LaSalle St., Suite 900
Chicago, Illinois 60602
(312) 744-7630
Attorney No. 6282455
DATE: April 19, 2013