# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
| **CASE NUMBER** | 11 C 6094 | **DATE** | 6/24/2013 |
| **CASE TITLE** | Michael Ayala, et al. Vs. Sgt. Michael R. Bocardo, et al. | | |

**DOCKET ENTRY TEXT**

Enter Final Agreed Order of Dismissal.  This case is hereby dismissed with prejudice and without leave to reinstate, and with each party bearing its own costs and attorneys' fees.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | RO |