IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL AYALA and ADRIAN AYALA, | ) | No. 11 C 6094 |
| Plaintiffs, | ) | JUDGE CASTILLO |
| v. | ) | |
| SGT. MICHAEL R. BOCARDO (Star #857), P.O. ANTHONY B. WILSON (Star #5998), P.O. JOHN V. MEDINA (Star 15077), P.O. BENITO ROMERO (Star 15027), P.O. ALBERTO SALAZ (Star 11104), P.O. GILBERT ESCAMILLA (Star 7227), P.O. JESUS VERA (Star 9589), P.O. QUINTERO (Star #5796), CORTEZ (Star #14983), VIRAMONTES (Star #10590), P.O. PEREZ (Star #17181), P.O. MONDRAGON (Star #4364), Individually, and CITY OF CHICAGO, | ) | |
| Defendants. | ) | |

**FINAL AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Michael Ayala, by his attorney, Gregory E. Kulis and plaintiff, Adrian Ayala, by his attorney, James P. Navarre, and defendants, Michael Bocardo, Anthony Wilson, John Medina, Benito Romero, Alberto Salaz, Gilbert Escamilla, Jesus Vera, Gerardo Quintero, Raul Cortez, Ricardo Viramontes, Juan Perez, and Janet Mondragon, by their attorneys, Tiffany Harris, Senior Counsel, and Thomas Aumann, Senior Counsel, and defendant City of Chicago, by its attorney, Stephen Patton, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss and the Chicago City Council having enacted an ordinance authorizing the settlement agreement and payment of the funds agreed upon in the Release and Settlement Agreement, the Court being otherwise fully advised in the premises, orders as follows:

All of the claims of plaintiffs, Michael Ayala, and Adrian Ayala, against defendants, City of Chicago and Michael Bocardo, Anthony Wilson, John Medina, Benito Romero, Alberto Salaz, Gilbert Escamilla, Jesus Vera, Gerardo Quintero, Raul Cortez, Ricardo Viramontes, Juan Perez, and Janet Mondragon, are dismissed with prejudice and without leave to reinstate and with each party bearing its own costs and attorneys' fees.

Thomas Aumann
Senior Counsel
30 N. LaSalle St., Suite 900
Chicago, Illinois 60602
(312) 744-7630
Attorney No. 6282455
DATE: June 20, 2013

ENTER: [signature]
The Honorable Ruben Castillo
United States District Judge

DATED: 6/24/2013